UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AARON LUCAS ROSKIN RUDOLF,<br><br>Defendant. | Criminal Number:<br><br>Violation: 18 U.S.C. § 371 – Conspiracy |

### INFORMATION

The United States Attorney charges that, at all times material to this Information:

### Introduction

1. Defendant AARON LUCAS ROSKIN RUDOLF (RUDOLF) was the sole owner, president, and chief executive officer of Rudy's Performance Parts, Inc. (Rudy's). RUDOLF founded and incorporated Rudy's in North Carolina in 2009.

2. From Rudy's incorporation on or about May 5, 2009, to present, Rudy's has been a distributor of "aftermarket" automotive parts; that is, automotive parts installed and used on vehicles after they are placed on the market.

3. RUDOLF maintained operational and decision-making authority over Rudy's operations from 2009 to the present.

4. On or about December 7, 2016, the U.S. Environmental Protection Agency, Air Enforcement Division (EPA-AED), based in Washington, D.C., issued to RUDOLF and Rudy's a request for information (RFI) under the Clean Air Act, 42 U.S.C. § 7542(a). The RFI requested, among other things, information about parts sold by Rudy's, including whether the parts were "engine tuner[s]," or "engine tune[s]," and whether they affected the vehicle's onboard diagnostic system (OBD). Thereafter, Rudy's submitted responses to EPA-AED in Washington, D.C.,

including one on or about January 6, 2017.

## Applicable Law

5. The Clean Air Act (CAA) was enacted by Congress "to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare . . . ." 42 U.S.C. § 7401(b)(1).

6. The CAA makes it a crime for any person to knowingly falsify, tamper with, or render inaccurate any monitoring device or method required to be maintained or followed under the CAA. 42 U.S.C. § 7413(c)(2)(C).

7. The CAA requires vehicle and engine manufacturers to install on-board diagnostic systems (OBDs) on motor vehicles. *See* 42 U.S.C. § 7521(m)(1); 40 C.F.R. §§ 86.010-18 and 86.1806-05. An OBD is a monitoring device or method required to be installed and maintained under the CAA. *See* 42 U.S.C. § 7521(m)(1); 40 C.F.R. §§ 86.010-18 and 86.1806-05.

## Emissions Controls and "Deleted" Trucks

8. Vehicle and engine manufacturers install emissions controls at the time of manufacture to meet emission standards required under the CAA. Emissions control systems for diesel vehicles include components such as the exhaust gas recirculation (EGR) unit, which controls emissions of nitrogen oxides (NOx); the diesel oxidation catalyst (DOC), which controls emissions of carbon monoxide (CO), particulate matter (PM) and non-methane hydrocarbons (NMHC); the selective catalytic reduction (SCR) unit, which controls NOx; and the diesel particulate filter (DPF), which traps PM.

9. These components are connected to a computer module, known as the electronic control unit (ECU), which houses the OBD. The OBD monitors the operation of the emissions control system. If emissions control components are disabled and/or removed, a normally functioning OBD will trigger a malfunction indicator light on the vehicle's dashboard and record a diagnostic trouble code in the

vehicle's computer. The OBD also may cause the vehicle to go into "limp mode," which reduces the maximum speed of the vehicle until the emissions system is repaired.

10. The term "defeat device" (or sometimes "delete device"), among other things, refers to certain aftermarket automotive parts or products that are used to tamper with, remove, or disable a vehicle's emissions control system.

11. A "deleted" diesel truck is a truck that has had its emissions controls disabled and/or removed. "Deleting" a truck refers to the act of disabling and/or removing a truck's emissions control equipment and tampering with the truck's OBD.

12. Deleting a diesel truck's emissions controls causes its NOx, CO, NMHC, and PM emissions to increase. Diesel emissions include multiple hazardous compounds that negatively impact human health and the environment. In particular, diesel exhaust has been identified by the EPA as a mobile source air toxic under the CAA, 42 U.S.C. § 7521(*l*)(1), because it poses cancer and noncancer health risks. 66 Fed. Reg. 17230 (Mar. 29, 2001).

13. Three broad categories of defeat device products are used to disable a diesel vehicle's emissions control system:

   a) Hardware parts, including "straight pipes" and "block plates." Straight pipes are hollow pipes used to replace the part of the exhaust system that contains the DOC, SCR, and DPF once they are removed. Block plates are installed after disabling or removing the EGR.

   b) Software known as "delete tunes." Delete tunes tamper with the OBD's monitoring function preventing it from detecting the removal or disabling of emissions controls, allowing the vehicle to appear to run normally.

   c) A "tuner" or tuning platform to run or install the tunes. A tuner or tuning platform interfaces with the vehicle's computer and OBD that control and monitor various vehicle functions. It can be a physical box/device or a cloud-based system.

## COUNT ONE: 18 U.S.C. § 371
## (CONSPIRACY TO VIOLATE THE CLEAN AIR ACT)
### The Conspiracy

14. Paragraphs 1 through 13 of this Information are re-alleged and incorporated as if fully set forth herein.

15. Beginning on a date no later than January 6, 2015, and continuing through 2017, in the District of Columbia and elsewhere, RUDOLF knowingly and intentionally conspired with persons known and unknown to the United States Attorney, including Rudy's, certain Rudy's employees, and others, to falsify, tamper with and render inaccurate a monitoring device and method required under the CAA, in violation of Title 42 U.S.C. § 7413(c)(2)(C).

### Manner and Means

The manner and means by which the conspiracy was sought to be accomplished included the following:

16. RUDOLF and others, including Rudy's and certain Rudy's employees, agreed to have Rudy's employees disable and/or remove the emissions control components and tamper with OBDs on diesel trucks. As part of this process, Rudy's sold, and its employees installed, certain defeat devices known as "tuners," which plug into the vehicle's OBD port to reprogram the ECU and tamper with the OBD, thus impairing its required monitoring function. RUDOLF and certain Rudy's employees were aware that using the tuners in this manner would tamper with the OBDs on vehicles that were not used exclusively for competition purposes.

17. Rudy's advertised and promoted its tuning services on its website (www.rudysdiesel.com).

### Overt Acts

In furtherance of the conspiracy and to accomplish its objects, RUDOLF, together with others known and unknown to the U.S. Attorney, committed and

willfully caused others to commit the following overt acts:

18. Beginning on a date no later than January 6, 2015, and continuing through 2017, employees of Rudy's disabled and/or removed emissions control components, and tampered with the OBDs required under the CAA, on approximately 300 diesel trucks at the request of Rudy's customers. Rudy's charged customers for parts and labor for these services.

19. On or about January 6, 2015, Rudy's disabled and/or removed emissions control components, and installed a tuner with delete tunes, thereby tampering with the OBD, on a Ford 6.7 liter diesel pickup truck, owned by Individual A. On or about January 7, 2015, Rudy's received payment for the parts and services, including $1,799.00 for the tuner.

20. By on or about January 7, 2015, Rudy's publicly available website (www.rudysdiesel.com) advertised the company's tuning services to the District of Columbia and elsewhere: "Rudy's Diesel Performance is a full service shop with an in ground dynamometer to take care of all your diagnostic & tuning needs."

21. On or about January 21, 2015, Rudy's employees serviced a Ford 6.4 liter diesel pickup truck for Individual B. Rudy's employees recommended deleting certain emissions control components from the truck, and using a delete tune to tamper with the truck's OBD. Individual B declined these services.

22. By on or about August 31, 2016, Rudy's publicly available website (www.rudysdiesel.com/register.asp) allowed users to create an account, and under a section labeled "Your Billing Address…" included a drop down menu for "State / Province" that included the "District of Columbia" and "Washington DC" as options.

23. By on or about November 23, 2016, Rudy's publicly available website (www.rudysdiesel.com) advertised the company's tuning services to the District of Columbia and elsewhere: "Rudy's Performance Parts is the leader in diesel AND

gas performance, Rudy's is a full service shop with an in ground, all-wheel drive dynamometer to take care of all your diagnostic and tuning needs."

24. On or about October 25, 2017, Rudy's disabled and/or removed emissions control components, and installed a tuner with delete tunes, thereby tampering with the OBD, on a 2016 Ford 6.7 liter diesel pickup truck, owned by Individual C. On or about December 1, 2017, Rudy's received payment for the parts and services, including $1,299 for tuner.

All in violation of Title 18, United States Code, Section 371.

Matthew Graves
United States Attorney

By: */s/ Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, N.W.
Washington, D.C. 20530

Todd Kim
Assistant Attorney General

By: */s/ Krishna S. Dighe*
Krishna S. Dighe
Senior Counsel
Environmental Crimes Section

Stephen J. Foster
Trial Attorney
Environmental Crimes Section

DATED: _November 10, 2023